UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| D.A., T.L., I.O., D.S., and K.S.;<br><br>*Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, Secretary of Homeland Security, in her official capacity; TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement, in his official capacity; PAMELA BONDI, Attorney General, in her official capacity; and MARCO RUBIO, Secretary of State, in his official capacity<br>          *Defendants*. | Civil Action No. _____ |

**DECLARATION OF PLAINTIFF K.S.**

I am over 18 years of age, am currently in The Gambia, and competent to testify. I hereby swear and affirm that the following is based on my own personal knowledge and is true and correct, and that my testimony, under oath and penalty of perjury, is as follows:

1.     My name is K.S. I am using a pseudonym for safety reasons. I am over 18 years old. I am currently in The Gambia in hiding, after being deported from the United States to Ghana and then to The Gambia.

2.     I have read this declaration and confirmed that everything written here is true and correct to the best of my knowledge. Because I am currently in hiding in The Gambia, I would be unable to go to the court to testify.

3.     On March 7, 2025, I won deferral of removal under the Convention Against Torture from my home country of The Gambia due to the specific risks of torture and death I

1

face there on account of my sexuality. On April 7, 2025, that decision was rendered final. U.S. Immigration and Customs Enforcement ("ICE") continued to hold me in detention at the Moshannon Valley Detention Center for five months after my relief became final.

4. On September 4, 2025, I was transferred by ICE to the Alexandria Staging Facility in Louisiana. I was given an ID that consisted of a piece of paper on GEO Group letterhead and titled LaSalle Processing Center Subject Profile, with my name, A number, headshot, and country of origin, with the level "high" and arrival date "9/4/25."

5. Late on September 5, 2025, I was removed from my cell, handcuffed, and told that I was going on a plane. I was denied requests to speak with my lawyer and was not given any travel documents.

6. I was chained at the hands, waist, and ankles and placed on a military cargo plane with none of my belongings, along with 13 other people from West African countries (10 men and 4 women in total). Four of the people were put in straitjackets because they refused to get on the plane without speaking to their attorneys. We were not told where we were going.

7. While on the plane, there were six ICE officers and some military personnel with the 14 of us. The plane stopped in the U.S. Virgin Islands to refuel and then made its final stop in Ghana. While at the fuel stop in the U.S. Virgin Islands, the apparent head ICE official on the plane, a bald Caucasian/Latino man, told me that those on the plane were being sent to Ghana and that Ghana would send us to our home countries.

8. The plane landed in Accra, Ghana, on September 6, 2025. Ghanaian immigration officials asked those of us who were on the plane for our paperwork, but we did not have any paperwork. The Ghanaian officials stated that ICE had not sent any paperwork for us and asked us why we had been deported from the United States. One other man, one woman, and I were

then detained by Ghanaian immigration officials in a room at the airport. On that same day, Ghanaian immigration officials told the other man he would be dropped off at the Nigerian border and took him out of the room. The woman was taken the next day, I believe, also to Nigeria. I was held in the room at the airport for five days with no access to phones, no showers, and no change of clothes.

9. During those five days, I spoke repeatedly with two Ghanaian immigration officials, named Ibrahim Liang Hani and A. Amon. I explained to them my fear of returning to the Gambia, the basis for my fear, and the fact that I'd won protection from being returned to The Gambia under the Convention Against Torture. I told them that I wanted to stay in Ghana for my safety. The official Ibrahim just told me that my final destination was The Gambia, based on orders from ICE officials and his Ghanaian superiors.

10. On September 8, 2025, Ghanaian officials wrote up travel documents for me in front of me for me to be sent to The Gambia. On September 10, 2025, I was placed on a Pan African Airlines flight, accompanied by two Ghanaian immigration officials, one male and one female.

11. When we landed in The Gambia, the Ghanaian immigration officials presented the travel documents to Gambian immigration officials, who refused to accept them, believing the documents to be invalid. One Gambian official recognized me and allowed me to enter The Gambia despite the lack of valid documents, telling me that he believed I would just remain detained if I were to return to Ghana.

12. The official asked me to make a written statement about the Ghanaian officials making fake travel documents, which I did. I was then released into The Gambia, without any

3

formal paperwork or processing. I borrowed a phone and called my sister, asking her to pick me up at the airport.

      13.    I am now living in hiding with the help of my sister. I am seeking a way out of the country as soon as possible for the sake of my life.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 11, 2025.

/s/ K.S.                                                        September 11, 2025
Signature                                                        Date