# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| D.A., T.L., I.O., D.S., and K.S.;<br><br>*Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, Secretary of Homeland Security, in her official capacity; TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement, in his official capacity; PAMELA BONDI, Attorney General, in her official capacity; and MARCO RUBIO, Secretary of State, in his official capacity<br>          *Defendants*. | Civil Action No. _____ |

## PLAINTIFFS' NOTICE OF MOTION FOR
## EMERGENCY EX PARTE TEMPORARY RESTRAINING ORDER

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 65(b)(1), and upon the accompanying Memorandum of Law, Plaintiffs move this Court for an Emergency Ex Parte Temporary Restraining Order granting the relief in the proposed order submitted concurrently with this Motion, including, but not limited to (1) enjoin Defendants from removing, facilitating, enabling, or encouraging the removal of Plaintiffs from their countries of origin and (2) order Defendants to facilitate Plaintiffs' return to the custody of the United States. In the alternative, Plaintiffs move that the Court order Defendants to notify the Ghanaian government not to remove Plaintiffs to their countries or origin or other countries where they fear persecution or torture nor subject them to unreasonable conditions until a preliminary injunction motion can be briefed and decided by this Court.

Dated: September 11, 2025

Meredyth Yoon*
Samantha C. Hamilton*
Alexandra M. Smolyar*
ASIAN AMERICANS ADVANCING
JUSTICE - ATLANTA
5680 Oakbrook Parkway, Suite 148
Norcross, GA 30093
Telephone: (470) 816-3319
shamilton@advancingjustice-atlanta.org
myoon@advancingjustice-atlanta.org
asmolyar@advancingjustice-atlanta.org

Patrick Taurel (D.C. Bar No.741700)
Gianna Borroto (D.C. Bar No. 90023071)*
GROSSMAN YOUNG & HAMMOND, LLC
4922 Fairmont Avenue
Ste. 200
Bethesda, MD 20814
Telephone: (240) 403-0913
ptaurel@grossmanyoung.com
gborroto@grossmanyoung.com

Respectfully submitted,

*/s/ Noah Baron*

Noah Baron (D.C. Bar No. 1048319)
ASIAN AMERICANS ADVANCING
JUSTICE-AAJC
1620 L Street, NW, Suite 1050
Washington, D.C. 200036
Telephone: (202) 296-2300
nbaron@advancingjustice-aajc.org

\* *Motions for admission* pro hac vice *forthcoming*