**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| D.A., T.L., I.O., D.S., and K.S.; <br><br>       *Plaintiffs*, <br><br> v. <br><br> KRISTI NOEM, Secretary of Homeland Security, in her official capacity; TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement, in his official capacity; PAMELA BONDI, Attorney General, in her official capacity; and MARCO RUBIO, Secretary of State, in his official capacity <br><br>       *Defendants*. | Civil Action No. _____ |

**[PROPOSED] ORDER GRANTING MOTION FOR**
**EMERGENCY TEMPORARY RESTRAINING ORDER**

THIS MATTER comes before the Court on Plaintiffs' Emergency Ex Parte Motion for Temporary Restraining Order. Having considered the motion, the memorandum and exhibits in support thereof, and any subsequent submissions related to the motion, the Complaint, and the applicable law, the Court ORDERS as follows:

1. Plaintiffs' Motion for a Temporary Restraining Order is GRANTED.

2. Defendants, and all of their officers, agents, servants, employees, attorneys, successors, assigns, and persons acting in concert or participation with them are hereby ENJOINED and RESTRAINED from removing—or facilitating, enabling, or encouraging the removal—of Plaintiffs to their countries of origin from which they have been granted

1

withholding of removal under the Immigration and Nationality Act ("INA") or deferral of removal under the Convention Against Torture ("CAT").

3. Defendants, and all of their officers, agents, servants, employees, attorneys, successors, assigns, and persons acting in concert or participation with them are hereby further ORDERED to facilitate Plaintiffs' return to Defendants' actual custody in the United States.

4. No security bond is required under Federal Rule of Civil Procedure 65(c).

5. This Temporary Restraining Order shall remain in effect until a motion for preliminary injunction is briefed and the Court rules on that motion.

**SO ORDERED**, this _____ day of September, 2025.

_____
UNITED STATES DISTRICT JUDGE