UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| D.A., T.L., I.O., D.S., K.S.;<br><br>*Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, Secretary of Homeland Security; TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement; PAMELA BONDI, Attorney General; MARCO RUBIO, Secretary of State,<br><br>*Defendants*. | Civil Action No. _____ |

## AFFIDAVIT PURSUANT TO LCvR 65.1(b)

I, the undersigned, do hereby certify and affirm that:

1. I am one of undersigned counsel for Plaintiffs in the above-captioned matter.

2. On September 11, 2025, on behalf of Plaintiffs, undersigned counsel filed a Complaint for Declaratory and Injunctive Relief in this Court.

3. The same day shortly thereafter, undersigned counsel filed a Motion for Emergency Ex Parte Temporary Restraining Order ("TRO").

4. Counsel filed this action, and accompanying emergency motion for TRO, outside of regular business hours.

5. Counsel prepared these filings on an emergent basis with rapidly changing facts throughout the course of the day and afternoon of September 11, 2025, that required Counsel to consult with Plaintiffs and co-counsel late into the evening.

1

6. Furthermore, preparation of these filings required communication with Plaintiffs, who have only a limited ability to communicate with Counsel. Plaintiffs do not have ready access to the Internet or telephonic communication, for example. Nor have Plaintiffs received regular updates concerning when or where they will be moved. And when Plaintiffs have received such information, it has required Counsel to obtain additional confirmation and pursue follow-up questions that were not immediately answered in light of communications delays.

7. For these reasons, Counsel were unable to finalize key decisions regarding this matter until well after ordinary business hours on September 11, 2025.

8. Counsel understands that Plaintiffs' removal from Ghana to their countries of origin, where they fear persecution and torture, is imminent and scheduled to occur on Friday, September 12, 2025. Therefore, Counsel could not delay the filing of this action and accompanying emergency motion for TRO.

9. Accordingly, Counsel was unable to provide notice to the Clerk of forthcoming filings.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 11th day of September, 2025.

/s/Noah Baron

Noah Baron (D.C. Bar No. 1048319)
ASIAN AMERICANS
ADVANCING JUSTICE-AAJC
1620 L Street, NW, Suite 1050
Washington, D.C. 200036
Telephone: (202) 296-2300
nbaron@advancingjustice-aajc.org