UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| D.A., T.L., I.O., D.S., K.S.;<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, Secretary of Homeland Security; TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement; PAMELA BONDI, Attorney General; MARCO RUBIO, Secretary of State,<br><br>*Defendants*. | Civil Action No. 1:25-cv-03135 |

**PLAINTIFFS' NOTICE TO THE COURT
REGARDING ATTEMPTED SERVICE RELATED TO
EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER**

Pursuant to F.R.C.P. 65, counsel for Plaintiffs have attempted to contact Defendants via the Department of Justice. Specifically, counsel for Plaintiffs Samantha Hamilton (motion to appear *pro hac vice* forthcoming) contacted via e-mail Department of Justices attorneys Kartik Venguswamy, Milton Pettus, Alicia Dupree, and Ernesto H. Molina shortly after midnight on September 12, 2025, and included a copy of Plaintiffs' TRO filing and supporting exhibits. *See* Exhibit 1. As of 1:10 A.M., counsel for Plaintiffs had not received a response.

Respectfully submitted,

/s/ Noah Baron

Samantha C. Hamilton*
Meredyth Yoon*
Alexandra M. Smolyar*
ASIAN AMERICANS ADVANCING JUSTICE - ATLANTA
5680 Oakbrook Parkway, Suite 148
Norcross, GA 30093
(470) 816-3319
shamilton@advancingjustice-atlanta.org
myoon@advancingjustice-atlanta.org
asmolyar@advancingjustice-atlanta.org

Patrick Taurel (D.C. Bar No.741700)
Gianna Borroto (D.C. Bar No. 90023071)*
GROSSMAN YOUNG & HAMMOND, LLC
4922 Fairmont Avenue
Ste. 200
Bethesda, MD 20814
Telephone: (240) 403-0913
ptaurel@grossmanyoung.com
gborroto@grossmanyoung.com

Noah Baron (D.C. Bar No. 1048319)
ASIAN AMERICANS ADVANCING JUSTICE-AAJC
1620 L Street, NW, Suite 1050
Washington, D.C. 200036
(202) 296-2300
nbaron@advancingjustice-aajc.org

*Counsel for Plaintiffs*

*Pro Hac Vice application forthcoming*

## CERTIFICATE OF SERVICE

I, <u>Noah Baron</u>, certify that a true and correct copy of this Plaintiffs' Notice To The Court Regarding Attempted Service Related To Emergency Motion For TRO was filed via the Court's CM/ECF filing system and will be served on all Defendants in accordance with the Federal Rules of Civil Procedure.

<u>*/s/ Noah Baron*</u>

Noah Baron
Attorney for Plaintiffs