Outlook

## Emergency Motion for TRO, case no. 1:25-cv-03135

**From** Samantha Hamilton <shamilton@advancingjustice-atlanta.org>
**Date** Fri 9/12/2025 12:37 AM
**To** kartik.venguswamy@usdoj.gov <kartik.venguswamy@usdoj.gov>; Milton.pettus@usdoj.gov <Milton.pettus@usdoj.gov>; Alicia.dupree@usdoj.gov <Alicia.dupree@usdoj.gov>; Ernesto.h.molina@usdoj.gov <Ernesto.h.molina@usdoj.gov>
**Cc** Noah Baron <nbaron@advancingjustice-aajc.org>; Meredyth Yoon <myoon@advancingjustice-atlanta.org>; Patrick Taurel <ptaurel@grossmanyoung.com>; Samantha Hamilton <shamilton@advancingjustice-atlanta.org>; Niyati Shah <nshah@advancingjustice-aajc.org>; Anjali Nair <anair@advancingjustice-atlanta.org>; Alexandra Smolyar <asmolyar@advancingjustice-atlanta.org>; Gianna Borroto <gborroto@grossmanyoung.com>; Jaclyn Dennis <jdennis@grossmanyoung.com>; Erin Galvin-McCoy <emccoy@advancingjustice-atlanta.org>

7 attachments (1 MB)

2-0. Notice of Mot. for TRO.pdf; 1-0. Complaint.pdf; 2-1. MOL ISO TRO.pdf; 1-1. Declaration of K.S.pdf; 2-3. Affidavit LCvR 65.1(b).pdf; 3-0. Mot for Leave re Pseudonym.pdf; 3-1. MOL ISO Mot re Pseudonym.pdf;

External sender. Use caution opening attachments or links.

Dear Counsel,

We filed the attached complaint and emergency motion for a TRO in D.C. District Court in the last hour seeking an emergency order preventing the removal of our Plaintiffs from Ghana to their countries of origin. Plaintiffs all received fear-based protection from U.S. immigration judges, preventing them from being removed to their countries of origin. They were subsequently removed to Ghana on September 5, 2025 and have since been informed that **<u>they will be removed to their countries of origin tomorrow, Friday, September 12, 2025</u>**.

We intend to serve all Defendants as soon as possible, but given the nature of this emergency, I am hereby serving these documents via email in a good faith effort to reach someone at the Department of Justice to address this emergency before irreparable harm occurs. Please contact me at 470-816-3319 at your earliest convenience. If you need to reach someone located in Washington, D.C., you can reach Noah Baron at 202-868-0396.

Thank you for your prompt attention to this important matter.

Best,

**Samantha C. Hamilton (she/her)**
Impact Litigation Staff Attorney
Asian Americans Advancing Justice – Atlanta
5680 Oakbrook Parkway, Suite 148

Norcross, Georgia 30093
Phone: 470-816-3319
www.advancingjustice-atlanta.org

ASIAN AMERICANS ADVANCING JUSTICE ATLANTA

**This email may contain confidential or privileged information. If you believe you have received this in error, please notify me immediately and delete the email and any attachments, without copying or**