UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| D.A., T.L., I.O., D.S., and K.S.;<br><br>*Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, Secretary of Homeland Security, in her official capacity; TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement, in his official capacity; PAMELA BONDI, Attorney General, in her official capacity; and MARCO RUBIO, Secretary of State, in his official capacity<br><br>*Defendants*. | Civil Action No. 1:25-cv-03135 |

**PLAINTIFFS' SECOND NOTICE TO THE COURT REGARDING ATTEMPTED SERVICE RELATED TO EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER**

Pursuant to F.R.C.P. 65, counsel for Plaintiffs have further attempted to contact Defendants via the Department of Justice, per guidance provided by the Court's website, which provides that e-mail service on the U.S. Attorney's Office for the District of Columbia may be accomplished by contacting USADC.ServiceCivil@doj.gov. At 9:43 A.M., Counsel e-mailed Brian Hudak, Chief of the DOJ Civil Division, and USADC.Service@usdoj.gov the Complaint, Motion for Temporary Restraining Order, and Motion to Proceed Pseudonymously, and all attachments. As of the time of filing, Counsel has not received a response. Counsel's e-mail is attached hereto as Exhibit A.

Dated: September 12, 2025             Respectfully submitted,

                                                                  */s/ Noah Baron*

1

| | |
|---|---|
| Meredyth Yoon*<br>Samantha C. Hamilton**<br>Alexandra M. Smolyar**<br>ASIAN AMERICANS ADVANCING JUSTICE - ATLANTA<br>5680 Oakbrook Parkway, Suite 148<br>Norcross, GA 30093<br>Telephone: (470) 816-3319<br>shamilton@advancingjustice-atlanta.org<br>myoon@advancingjustice-atlanta.org<br>asmolyar@advancingjustice-atlanta.org | Noah Baron (D.C. Bar No. 1048319)<br>ASIAN AMERICANS ADVANCING JUSTICE-AAJC<br>1620 L Street, NW, Suite 1050<br>Washington, D.C. 200036<br>Telephone: (202) 296-2300<br>nbaron@advancingjustice-aajc.org |
| Patrick Taurel (D.C. Bar No.741700)<br>Gianna Borroto (D.C. Bar No. 90023071)*<br>GROSSMAN YOUNG & HAMMOND, LLC<br>4922 Fairmont Avenue<br>Ste. 200<br>Bethesda, MD 20814<br>Telephone: (240) 403-0913<br>ptaurel@grossmanyoung.com<br>gborroto@grossmanyoung.com | |

\* *Motion for admission* pro hac vice *pending*
\*\* *Motions for admission* pro hac vice *forthcoming*

2