AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| D.A. et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:25-cv-03135-TSC |
| Noem et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs                                                                                      .

Date:    09/13/2025

/s/ Lee Gelernt
*Attorney's signature*

Lee Gelernt (NY Bar No 2502532)
*Printed name and bar number*

American Civil Liberties Union Foundation
125 Broad St, 18th Floor
New York, NY 10004

*Address*

lgelernt@aclu.org
*E-mail address*

(212) 549-2616
*Telephone number*

(332) 220-1702
*FAX number*