UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| D.A., T.L., I.O., D.S., and K.S.;<br><br>*Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, Secretary of Homeland Security, in her official capacity; TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement, in his official capacity; PAMELA BONDI, Attorney General, in her official capacity; and MARCO RUBIO, Secretary of State, in his official capacity<br>        *Defendants*. | Civil Action No. 1:25-cv-03135 |

### NOTICE OF ADDITIONAL EVIDENCE

Plaintiffs submit the declaration from Plaintiff D.A., attached hereto as Exhibit A, in support of their Motion for Temporary Restraining Order, ECF No. 2, Motion to Proceed Pseudonymously, ECF No. 3, and Motion for Emergency Interim Relief, ECF No. 18. The Declaration is being submitted now because counsel for Plaintiffs were unable to obtain all the facts included and Plaintiff D.A.'s consent until 11:00 A.M. today, September 13, 2025.

Respectfully submitted,                                            Dated: September 13, 2025

*/s/ Samantha C. Hamilton*

1

Samantha C. Hamilton
Meredyth Yoon
Alexandra M. Smolyar
ASIAN AMERICANS ADVANCING
JUSTICE - ATLANTA
5680 Oakbrook Parkway, Suite 148
Norcross, GA 30093
Telephone: (470) 816-3319
shamilton@advancingjustice-atlanta.org
myoon@advancingjustice-atlanta.org
asmolyar@advancingjustice-atlanta.org

Noah Baron (D.C. Bar No. 1048319)
ASIAN AMERICANS ADVANCING
JUSTICE-AAJC
1620 L Street, NW, Suite 1050
Washington, D.C. 200036
Telephone: (202) 296-2300
nbaron@advancingjustice-aajc.org

Patrick Taurel (D.C. Bar No.741700)
Gianna Borroto (D.C. Bar No. 90023071)*
GROSSMAN YOUNG & HAMMOND, LLC
4922 Fairmont Avenue
Ste. 200
Bethesda, MD 20814
Telephone: (240) 403-0913
ptaurel@grossmanyoung.com
gborroto@grossmanyoung.com

Lee Gelernt (D.D.C. Bar No. NY0408)
Judy Rabinovitz*
Omar C. Jadwat*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2660
lgelernt@aclu.org
jrabinovitz@aclu.org
ojadwat@aclu.org

My Khanh Ngo (D.D.C. Bar No. CA00219)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
425 California Street, Suite 700
San Francisco, CA 94104
(415) 343-0770
mngo@aclu.org

*Pro bono representation certificates forthcoming*