# EXHIBIT A

| | |
|---|---|
| **From:** | Larakers, Mary L. (CIV) |
| **To:** | Noah Baron; Perez, Elianis (CIV); Seamon, Matthew (CIV) |
| **Cc:** | Patrick Taurel; My Khanh Ngo - she/her/hers; Lee Gelernt; Meredyth Yoon; Samantha Hamilton |
| **Subject:** | RE: Status of Declaration -- D.A. v. Noem, Case No. 1:25-cv-03135 (D.D.C.) |
| **Date:** | Saturday, September 13, 2025 8:03:29 PM |
| **Attachments:** | image001.png |

**This Message Is From an External Sender**
This message came from outside your organization.

Hi Noah,

We don't have authorization to share it with counsel at this time although we appreciate your willingness to agree to a protective order. We will ask the agency if we can share the declaration with you but do not expect we will receive an answer tonight.

Thanks,
Mary

**From:** Noah Baron <nbaron@advancingjustice-aajc.org>
**Sent:** Saturday, September 13, 2025 10:59 PM
**To:** Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov>; Perez, Elianis (CIV) <Elianis.Perez@usdoj.gov>; Seamon, Matthew (CIV) <Matthew.Seamon2@usdoj.gov>
**Cc:** Patrick Taurel <ptaurel@grossmanyoung.com>; My Khanh Ngo - she/her/hers <mngo@aclu.org>; Lee Gelernt <lgelernt@aclu.org>; Meredyth Yoon <myoon@advancingjustice-atlanta.org>; Samantha Hamilton <shamilton@advancingjustice-atlanta.org>
**Subject:** [EXTERNAL] Re: Status of Declaration -- D.A. v. Noem, Case No. 1:25-cv-03135 (D.D.C.)

Hi Mary,

Thank you for the email. Given the direct implications for Plaintiffs, we'd ask the government to provide us with a copy of the declaration as soon as possible. The declaration can be subject to a protective order, as the Court contemplated during yesterday's hearing. Tr. 28:1-6 ("I'll issue whatever protective order I need to issue."). We hope that we will not need to reach out to the Court to resolve this.

Best,

**Noah Baron** (he/him/his)
*Assistant Director, Litigation*
Asian Americans Advancing Justice | AAJC
1620 L Street NW, Suite 1050, Washington, DC 20036
**T** 202-868-0396
 Book time to meet with me

**From:** Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov>
**Sent:** Saturday, September 13, 2025 10:46 PM
**To:** Noah Baron <nbaron@advancingjustice-aajc.org>; Perez, Elianis (CIV)
<Elianis.Perez@usdoj.gov>; Seamon, Matthew (CIV) <Matthew.Seamon2@usdoj.gov>
**Cc:** Patrick Taurel <ptaurel@grossmanyoung.com>; My Khanh Ngo - she/her/hers
<mngo@aclu.org>; Lee Gelernt <lgelernt@aclu.org>; Meredyth Yoon <myoon@advancingjustice-
atlanta.org>; Samantha Hamilton <shamilton@advancingjustice-atlanta.org>
**Subject:** RE: Status of Declaration -- D.A. v. Noem, Case No. 1:25-cv-03135 (D.D.C.)


External sender. Use caution opening attachments or links.

Hi Noah,

We provided Judge Chutkan the declaration for review in camera due to the sensitive
nature of the diplomatic relations contained therein. Apologies for not notifying you sooner.

Best,
Mary

---

**From:** Noah Baron <nbaron@advancingjustice-aajc.org>
**Sent:** Saturday, September 13, 2025 10:41 PM
**To:** Perez, Elianis (CIV) <Elianis.Perez@usdoj.gov>; Larakers, Mary L. (CIV)
<Mary.L.Larakers@usdoj.gov>; Seamon, Matthew (CIV) <Matthew.Seamon2@usdoj.gov>
**Cc:** Patrick Taurel <ptaurel@grossmanyoung.com>; My Khanh Ngo - she/her/hers
<mngo@aclu.org>; Lee Gelernt <lgelernt@aclu.org>; Meredyth Yoon <myoon@advancingjustice-
atlanta.org>; Samantha Hamilton <shamilton@advancingjustice-atlanta.org>
**Subject:** [EXTERNAL] Status of Declaration -- D.A. v. Noem, Case No. 1:25-cv-03135 (D.D.C.)

Counsel,


I am writing in relation to the declaration that the Court ordered earlier today, regarding "the
government's efforts . . . to keep Plaintiffs from being removed to their countries of origin or other
countries where they fear persecution or torture." Do you have an estimated time of filing?


Best,

**Noah Baron** (he/him/his)
*Assistant Director, Litigation*
Asian Americans Advancing Justice | AAJC
1620 L Street NW, Suite 1050, Washington, DC 20036
**T** 202-868-0396

[Book time to meet with me](#)