UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| D.A., T.L., I.O., D.S., and K.S.;<br><br>*Plaintiffs,*<br><br>v.<br><br>KRISTI NOEM, Secretary of Homeland Security, *et al.,*<br><br>*Defendants.* | Civil Action No. 1:25-cv-03135<br><br>**RESPONSE TO COURT ORDER TO SHOW CAUSE** |

Defendants agree to provide to Plaintiffs' counsel of record the September 13, 2025, declaration of Jonathan G. Pratt provided that this Court issues a protective order prohibiting Plaintiffs' counsel from releasing or sharing the declaration with anyone, including the public or any foreign government or court. We also request that this Court order Plaintiffs to redact portions of any public filing that references or includes the information in the declaration.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ELIANIS N. PEREZ
Assistant Director

MATTHEW P. SEAMON
Senior Litigation Counsel

/s/ *Mary L. Larakers*
MARY L. LARAKERS
(Texas Bar # 24093943)
Senior Litigation Counsel
U.S. Department of Justice,
Civil Division

Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 353-4419
(202) 305-7000 (facsimile)
mary.l.larakers@usdoj.gov