AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| D.A. et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:25-cv-03135 |
| NOEM et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Plaintiffs.

Date: 09/12/2025

*Attorney's signature*

Alexandra Michele Smolyar, Ga. Bar No. 419582
*Printed name and bar number*

5680 Oakbrook Parkway
Suite 148
Norcross, GA 30093

*Address*

asmolyar@advancingjustice-atlanta.org
*E-mail address*

(470) 816-3329
*Telephone number*

(404) 890-5690
*FAX number*