UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| D.A., T.L., I.O., D.S., and K.S.;<br><br>*Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, Secretary of Homeland Security, in her official capacity; TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement, in his official capacity; PAMELA BONDI, Attorney General, in her official capacity; and MARCO RUBIO, Secretary of State, in his official capacity<br>   *Defendants*. | Civil Action No. 1:25-cv-03135 |

### NOTICE TO COURT REGARDING STATUS OF PLAINTIFFS

Plaintiffs respectfully submit this Notice to the Court regarding the status of the four Plaintiffs requesting a TRO. The Court still has time to enter a Temporary Restraining Order to preserve the status quo. Counsel last communicated with Plaintiffs at 10:15 A.M. EDT (2:15 P.M. UTC), at which time Plaintiffs remained at Dema Camp, in Ghana. However, on information and belief, Plaintiffs face imminent removal.

Furthermore, as of the time of filing, Plaintiffs are now denied access to the Internet by camp officials. Previously, Counsel had been able to communicate with Plaintiffs intermittently through Plaintiffs' periodic Internet access on a shared cellular device. That is no longer the case. *See* Ex. A (Decl. of Wife of D.A.). On information and belief, Plaintiffs are being denied Internet access specifically because of their prior communications with Counsel and as a result of the instant lawsuit. Counsel retains limited ability to communicate with Plaintiffs via the cellular

1

device, paid for by D.A.'s wife, but reception is unreliable, the voice quality is limited, and calls cost $3.00 per minute, making extensive communication impracticable.

Dated: September 15, 2025                           Respectfully submitted,

                                                    /s/ Noah Baron                    .

Meredyth Yoon*                                      Noah Baron (D.C. Bar No. 1048319)
Samantha C. Hamilton*                               ASIAN AMERICANS ADVANCING
Alexandra M. Smolyar*                               JUSTICE-AAJC
ASIAN AMERICANS ADVANCING                           1620 L Street, NW, Suite 1050
JUSTICE - ATLANTA                                   Washington, D.C. 200036
5680 Oakbrook Parkway, Suite 148                    Telephone: (202) 296-2300
Norcross, GA 30093                                  nbaron@advancingjustice-aajc.org
Telephone: (470) 816-3319
shamilton@advancingjustice-atlanta.org
myoon@advancingjustice-atlanta.org
asmolyar@advancingjustice-atlanta.org


Patrick Taurel (D.C. Bar No.741700)                 Lee Gelernt (D.D.C. Bar No. NY0408)
Gianna Borroto (D.C. Bar No. 90023071)*             Judy Rabinovitz**
GROSSMAN YOUNG & HAMMOND, LLC                       Omar C. Jadwat**
4922 Fairmont Avenue                                AMERICAN CIVIL LIBERTIES
Ste. 200                                            UNION FOUNDATION
Bethesda, MD 20814                                  125 Broad Street, 18th Floor
Telephone: (240) 403-0913                           New York, NY 10004
ptaurel@grossmanyoung.com                           (212) 549-2660
gborroto@grossmanyoung.com                          lgelernt@aclu.org
                                                    jrabinovitz@aclu.org
                                                    ojadwat@aclu.org

My Khanh Ngo (D.D.C. Bar No. CA00219)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
425 California Street, Suite 700
San Francisco, CA 94104
(415) 343-0770
mngo@aclu.org

\* *Admitted* pro hac vice
\*\* *Pro bono representation certificates forthcoming*