# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| D.A., T.L., I.O., D.S., and K.S.;<br><br>*Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, Secretary of Homeland Security, in her official capacity; TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement, in his official capacity; PAMELA BONDI, Attorney General, in her official capacity; and MARCO RUBIO, Secretary of State, in his official capacity<br><br>*Defendants*. | Civil Action No. 1:25-cv-03135 |

## SECOND NOTICE TO COURT REGARDING STATUS OF PLAINTIFFS

Plaintiffs respectfully submit this Notice to the Court regarding the status of the four Plaintiffs requesting a TRO. Counsel last communicated with Plaintiffs at 2:58 P.M. EDT (6:58 P.M. UTC), at which time Plaintiffs remained at Dema Camp, in Ghana. However, on information and belief, Plaintiffs still face imminent removal.

Dated: September 15, 2025                                  Respectfully submitted,

                                                           */s/ Noah Baron             .*

1

Meredyth Yoon*
Samantha C. Hamilton*
Alexandra M. Smolyar*
ASIAN AMERICANS ADVANCING
JUSTICE - ATLANTA
5680 Oakbrook Parkway, Suite 148
Norcross, GA 30093
Telephone: (470) 816-3319
shamilton@advancingjustice-atlanta.org
myoon@advancingjustice-atlanta.org
asmolyar@advancingjustice-atlanta.org

Noah Baron (D.C. Bar No. 1048319)
ASIAN AMERICANS ADVANCING
JUSTICE-AAJC
1620 L Street, NW, Suite 1050
Washington, D.C. 200036
Telephone: (202) 296-2300
nbaron@advancingjustice-aajc.org

Patrick Taurel (D.C. Bar No.741700)
Gianna Borroto (D.C. Bar No. 90023071)*
GROSSMAN YOUNG & HAMMOND, LLC
4922 Fairmont Avenue
Ste. 200
Bethesda, MD 20814
Telephone: (240) 403-0913
ptaurel@grossmanyoung.com
gborroto@grossmanyoung.com

Lee Gelernt (D.D.C. Bar No. NY0408)
Judy Rabinovitz**
Omar C. Jadwat**
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2660
lgelernt@aclu.org
jrabinovitz@aclu.org
ojadwat@aclu.org

My Khanh Ngo (D.D.C. Bar No. CA00219)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
425 California Street, Suite 700
San Francisco, CA 94104
(415) 343-0770
mngo@aclu.org

* *Admitted* pro hac vice
** *Pro bono representation certificates forthcoming*