# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

D.A., T.L., I.O., D.S., and K.S.;

       *Plaintiffs*,

v.

KRISTI NOEM, Secretary of Homeland
Security, in her official capacity; TODD
LYONS, Acting Director, U.S. Immigration
and Customs Enforcement, in his official
capacity; PAMELA BONDI, Attorney
General, in her official capacity; and MARCO
RUBIO, Secretary of State, in his official
capacity

       *Defendants*.

Civil Action No. 1:25-cv-03135

## THIRD NOTICE TO COURT REGARDING STATUS OF PLAINTIFFS

Plaintiffs respectfully submit this Notice to the Court regarding the status of the four
Plaintiffs requesting a TRO. Counsel last communicated with Plaintiffs at 6:41 P.M. EDT (10:41
P.M. UTC), at which time Plaintiffs remained at Dema Camp, in Ghana. However, Plaintiffs
believe they still face imminent removal for the reasons set forth in Plaintiffs' prior filings and
(incorrect) statements earlier today from Ghanaian officials that Plaintiffs have *already* been
removed to their countries of origin.[1] Plaintiffs' counsel will advise the Court if they learn that
Plaintiffs have been removed.

Dated: September 15, 2025                 Respectfully submitted,

                                     */s/ Noah Baron*      .

---

[1] *See* Edward Acquah et al., *Immigrants deported from US to Ghana are sent home, where
lawyers say some could face torture*, AP (Sept. 15, 2025), https://apnews.com/article/us-ghana-
deported-migrants-4b8e307a080735175229fd37fa6929c2.

Meredyth Yoon*
Samantha C. Hamilton*
Alexandra M. Smolyar*
ASIAN AMERICANS ADVANCING
JUSTICE - ATLANTA
5680 Oakbrook Parkway, Suite 148
Norcross, GA 30093
Telephone: (470) 816-3319
shamilton@advancingjustice-atlanta.org
myoon@advancingjustice-atlanta.org
asmolyar@advancingjustice-atlanta.org

Noah Baron (D.C. Bar No. 1048319)
ASIAN AMERICANS ADVANCING
JUSTICE-AAJC
1620 L Street, NW, Suite 1050
Washington, D.C. 200036
Telephone: (202) 296-2300
nbaron@advancingjustice-aajc.org

Patrick Taurel (D.C. Bar No.741700)
Gianna Borroto (D.C. Bar No. 90023071)*
GROSSMAN YOUNG & HAMMOND, LLC
4922 Fairmont Avenue
Ste. 200
Bethesda, MD 20814
Telephone: (240) 403-0913
ptaurel@grossmanyoung.com
gborroto@grossmanyoung.com

Lee Gelernt (D.D.C. Bar No. NY0408)
Judy Rabinovitz**
Omar C. Jadwat**
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2660
lgelernt@aclu.org
jrabinovitz@aclu.org
ojadwat@aclu.org

My Khanh Ngo (D.D.C. Bar No. CA00219)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
425 California Street, Suite 700
San Francisco, CA 94104
(415) 343-0770
mngo@aclu.org

* *Admitted* pro hac vice
** *Pro bono representation certificates forthcoming*