# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| D.A., T.L., I.O., D.S., and K.S.; <br><br> *Plaintiffs*, <br><br> v. <br><br> KRISTI NOEM, Secretary of Homeland Security, in her official capacity; TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement, in his official capacity; PAMELA BONDI, Attorney General, in her official capacity; and MARCO RUBIO, Secretary of State, in his official capacity <br> *Defendants*. | Civil Action No. 1:25-cv-03135-TSC |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs D.A., T.L., I.O., D.S., and K.S. hereby voluntarily dismiss the above-captioned case. Because Defendants have not served an answer or motion for summary judgment in this action, dismissal without prejudice is warranted pursuant to Fed. R. Civ. P. 41(a)(1)(B).

Dated: January 19, 2026                              Respectfully submitted,

                                                     */s/ Alexandra M. Smolyar*

1

<div style="display:flex">
<div>

Meredyth Yoon*  
Samantha C. Hamilton*  
Alexandra M. Smolyar*  
ASIAN AMERICANS ADVANCING  
JUSTICE - ATLANTA  
5680 Oakbrook Parkway, Suite 148  
Norcross, GA 30093  
Telephone: (470) 816-3319  
shamilton@advancingjustice-atlanta.org  
myoon@advancingjustice-atlanta.org  
asmolyar@advancingjustice-atlanta.org  

Patrick Taurel (D.C. Bar No.741700)  
Gianna Borroto (D.C. Bar No. 90023071)*  
GROSSMAN YOUNG & HAMMOND, LLC  
4922 Fairmont Avenue  
Ste. 200  
Bethesda, MD 20814  
Telephone: (240) 403-0913  
ptaurel@grossmanyoung.com  
gborroto@grossmanyoung.com  

My Khanh Ngo (D.D.C. Bar No. CA00219)  
Kathryn Huddleston***  
AMERICAN CIVIL LIBERTIES UNION  
FOUNDATION  
425 California Street, Suite 700  
San Francisco, CA 94104  
(415) 343-0770  
mngo@aclu.org  
khuddleston@aclu.org  

</div>
<div>

Noah Baron (D.C. Bar No. 1048319)  
ASIAN AMERICANS ADVANCING  
JUSTICE-AAJC  
1620 L Street, NW, Suite 1050  
Washington, D.C. 200036  
Telephone: (202) 296-2300  
nbaron@advancingjustice-aajc.org  

Lee Gelernt (D.D.C. Bar No. NY0408)  
Judy Rabinovitz**  
Omar C. Jadwat**  
AMERICAN CIVIL LIBERTIES  
UNION FOUNDATION  
125 Broad Street, 18th Floor  
New York, NY 10004  
(212) 549-2660  
lgelernt@aclu.org  
jrabinovitz@aclu.org  
ojadwat@aclu.org  

</div>
</div>

*Admitted* pro hac vice  
***Pro bono representation certificates forthcoming*  
****Pro bono representation certificate forthcoming. Not a member of the D.C. Bar; practice limited to federal courts and supervised by a member of the D.C. Bar.*